UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| 2109971 ONTARIO INC. D/B/A XCELLA FURNITURE,<br>   *Plaintiff*,<br><br>v.<br><br>CLOSEOUT FURNITURE LLC, NJ FURNITURE VILLE LLC, FURNITURE VILLE INC., SHADI OMARI and TAUQA RAWSHDEH,<br>   *Defendants*. | Civil Action No. 2:22-cv-04993-BRM-JSA |

## [Proposed] ORDER

THIS MATTER having been brought before this Court by Plaintiff by motion for default judgment, and the Court being satisfied that Defendants in default are liable for willful patent infringement and civil conspiracy, for the reasons set forth in Plaintiff's brief, and on the record on November 20, 2023, and for good cause appearing, it is hereby ORDERED:

1. Plaintiff's motion for default judgment is hereby GRANTED;

2. Defendants, Closeout Furniture LLC, Furniture Ville LLC, Furniture Ville Inc., Shadi Omari, and Tauqa Rawshdeh, ("Defendants") (along with their officers, directors, members, shareholders, employees, and anyone else acting on their behalf, at their behest, and/or in active concert or participation with them), are hereby enjoined from selling, offering for sale, or causing the sale, in the United States, and importing into, or exporting from, the United States, products that infringe Plaintiff's United States Design Patent D909,088, and are further enjoined from participating in, aiding, abetting, enabling, encouraging, ratifying, assisting in, profiting from, inducing, conspiring to carry out, directing, contracting for, and/or otherwise contributing

to the commission of any act that would be a violation of this Order if performed or carried out by an enjoined person or entity.

3. Defendants are each and all jointly and severally liable to Plaintiff for this judgment.

4. Treble damages are warranted due to Defendants willful infringement and willful default. Damages in the amount of $14,870, trebled to $44,610, are therefore assessed against Defendants, jointly and severally.

5. Reasonable attorney's fees in the amount of $13,805 are assessed against Defendants, jointly and severally.

6. Costs in the amount of $1,178.72 are assessed against Defendants, jointly and severally.

7. Plaintiff is awarded pre-judgment interest on its damages in the amount of $4,794.75 and on its attorney's fees in the amount of $256.58.

8. This judgment shall accrue interest, at the prime rate, compounded annually, pursuant to 28 §U.S.C. 1961, until paid.

9. The Clerk of the Court is directed to enter a monetary judgment in this case against Defendants, jointly and severally, in the total amount of $64,645.05 and close this case.

10. This Court shall retain jurisdiction to enforce the terms of this Order against Deendants.

So ORDERED this __20th__ day of ___November_____, 2023.

_____
Brian M. Martinotti
United States District Judge